UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eduardo Morones,

       Petitioner,

v.                                                                   Civ. No. 05-2058 (JNE/SRN)
                                                               ORDER

United States of America,

       Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on November 23, 2005. Petitioner has filed objections to the Report and Recommendation. Based on a *de novo* review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 13, 2005

                                                                                 s/ Joan N. Ericksen
                                                                                 JOAN N. ERICKSEN
                                                                                 United States District Judge